# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 5, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130150(70)

GEORGE H. GOLDSTONE,
      Plaintiff-Appellant,

v

BLOOMFIELD TOWNSHIP PUBLIC LIBRARY,
      Defendant-Appellee.

SC: 130150
COA: 262831
Oakland CC: 04-060611-CZ

_____

      On order of the Chief Justice, the motion by plaintiff-appellant for extension to December 29, 2006 of the time for filing his brief on appeal is considered and it is GRANTED.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 5, 2007

Clerk